**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PELOTON INTERACTIVE, INC.** <br><br> Plaintiff, <br><br> v. <br><br> **FLYWHEEL SPORTS, INC.,** <br><br> Defendant. | Case No. 2:18-cv-00390-RWS-RSP <br><br> JURY TRIAL |

# NOTICE OF RELATED BRIEFING

Defendant Flywheel Sports, Inc. ("Flywheel") hereby provides notice of the briefing filed in *In Re Subpoena Issued to VR Optics, LLC*, Case No. 1:19-mc-00553-AJN filed in the Southern District of New York on November 29, 2019. This briefing, which completed on December 31, 2019, is related to Flywheel's pending Motion to Compel Production of Documents from the *VR Optics* Litigation. (Dkt. No. 138), which the Court has set for hearing on January 3, 2019.

Dated: December 31, 2019

Respectfully submitted,

*/s/ Joshua Budwin*
Joshua Budwin
Lead Attorney
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street
Austin, Texas 78701
Telephone: (512)-692-8727
Facsimile: (512)-692-8744

Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@mckoolsmith.com
Rudolph Fink IV
Texas State Bar No. 24082997
rfink@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Jeffrey S. Ginsberg (NY Bar No. 2608487)
Ryan J. Sheehan (NY Bar No. 4604625)
Benjamin H. Weissman (NY Bar No. 5390794)
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
jginsberg@pbwt.com
rsheehan@pbwt.com
bweissman@pbwt.com

Deron Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com
**ATTORNEYS FOR DEFENDANT FLYWHEEL SPORTS, INC.**

3

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a true and correct copy of the foregoing was served to all parties entitled to notice by electronic notification on this 31st day of December 2019.

                                                */s/ Rudolph Fink IV*
                                                Rudolph Fink IV

4812-4823-6464