# EXHIBIT 4

September 23, 2019

Jeffrey S. Ginsberg
Partner
212.336.2630
jginsberg@pbwt.com

By Email Attachment

Steven Feldman
Hueston Hennigan LLP
523 West 6th Street
Suite 400
Los Angeles, CA 90014
sfeldman@hueston.com

Re:    *Peloton Interactive, Inc. v. Flywheel Sports, Inc.*, No. 18-cv-00390-RWS-RSP
    Flywheel Demand for Dismissal of Complaint and Compensation

Dear Mr. Feldman:

Please accept this letter as the demand of Flywheel Sports, Inc. ("Flywheel") that Peloton Interactive, Inc. ("Peloton") immediately dismiss its Second Amended Complaint (Dkt. No. 64, the "Complaint"), reimburse Flywheel its attorneys' fees and costs, and provide Flywheel other relief detailed below.

As demonstrated by documents produced in this litigation, including the July 2011 "Flywheel@Home" business plan outline attached hereto and produced at FLYWHEEL0012411-40 (hereafter, the "Flywheel@Home Plan"), the alleged inventive concepts and elements that are the core of Peloton's business and that are claimed in the patents issued to Peloton founder John Foley et al., do not appear to have been created by Mr. Foley, and instead appear to have been misappropriated from confidential proprietary concepts developed by Flywheel. In short, it appears that there is no basis in fact both for Mr. Foley's story of how he conceived of the idea for an at-home competitive exercise bike (as described and claimed in Mr. Foley's/Peloton's patents) and for Peloton's claims for infringement of those patents asserted in this litigation. Accordingly, for at least those reasons, the Complaint must be dismissed.

### A.    Peloton's Allegations in This Lawsuit

Peloton's Complaint alleges that in late 2011 Mr. Foley conceived of the idea for "a new category of fitness equipment" consisting of an at-home exercise bike capable of receiving streamed live and on-demand videos of cycling classes, and sensing, comparing, and displaying on a "leaderboard" performance parameters of the users. Mr. Foley and Peloton claim that Mr.

Foley's "invention" was conceived by him in order to solve a problem Mr. Foley had experienced and observed.[1]

The Complaint also alleges that Peloton's purported invention improved upon existing in-studio competitive cycling classes that utilized exercise bikes capable of sensing, comparing, and displaying on a "leaderboard" performance parameters of the users (like the bikes used in classes offered by Flywheel at the time), because it "recreates . . . the real-time competition and community engagement that has made in-studio classes so popular" while "allowing riders the flexibility to access cycling classes—in their own home and on their own schedule."[2]

Specifically, Peloton and Mr. Foley allege that:

> In 2011, Texas native John Foley was struggling to find time to exercise. His favored workouts were in-studio cycling classes, which provided him with the perfect mix of competition and community. But as the president of e-commerce at Barnes & Noble, and a husband and father of two, it was nearly impossible for him to find time to schedule and attend in-studio classes. . . . This led to the invention of the Peloton Bike, which Foley, along with his co-founders, developed and brought to market in 2012.[3]

> The invention of the Peloton Bike solved two major problems for would-be exercisers. First, it removed a significant constraint of in-studio cycling classes, which are offered only at fixed locations and times, by allowing riders the flexibility to access cycling classes—in their own home and on their own schedule. Second, it solved a problem faced by previous at-home stationary bikes—rider boredom due to lack of variety and engagement, by providing live and on-demand classes with an improved and more efficient graphical user interface that not only recreates but enhances the real-time competition and community engagement that has made in-studio classes so popular.[4]

---

[1] *See, e.g.,* Complaint ¶¶ 1-2, 18, 24, 26.

[2] *Id.* ¶ 3.

[3] *Id.* ¶ 1.

[4] *Id.* ¶ 3.

Foley began a journey that would see him and his co-founders
invent a new category of fitness equipment that provides the
immersive, fun and competitive in-studio cycling class experience,
at home, at any time.[5]

The Complaint further alleges that these advances are embodied in the Peloton Bike
product and described and claimed in the four asserted patents-in-suit,[6] which were purportedly
invented by Mr. Foley and Messrs. Cortese, Feng, Sira, and Woolley:

To protect these and other innovations in the Peloton Bike, Foley
and Peloton applied for, and received, the U.S. Patents at issue in
this case.[7]

Significant to this letter, the Complaint alleges that, rather than invent its own at-home
competitive exercise bike, Flywheel produced "a copycat of the Peloton Bike experience" that
infringes the Peloton patents:

In or around 2017, having witnessed Peloton's success—and
knowing that it had been losing customers to Peloton—Flywheel
decided it needed to shift gears.  But rather than innovating and
investing, as Peloton had, Flywheel infringed the Peloton Patents
by creating a copycat of the Peloton Bike experience called the
"FLY Anywhere."[8]

While companies like Flywheel provided an exciting and
competitive in-studio experience, Peloton was the only company to
think beyond the studio experience—which has both time and
space constraints—to focus on creating the technology and product
that would allow the experience to be transported into the home.[9,10]

---

[5] *Id.* ¶ 24.

[6] The patents-in-suit are U.S. Patent Nos. 9,174,085, 9,233,276, 9,861,855, and 10,322,315 (Dkt.
Nos. 64-1 to 64-4), the "'085," "'276," "'855," and "'315" patents.

[7] Complaint ¶ 3; *see also id.* ¶¶ 43-48.

[8] *Id.* ¶ 5.

[9] *Id.* ¶ 53; *see also id.* ¶¶ 51-61.

[10] Last Friday, Peloton filed a complaint in a second lawsuit accusing the same Flywheel product
of infringing a fifth patent (U.S. Patent No. 10,022,590, the "'590" patent), which repeats many

Case 1:18-cv-00389-RMB-JS   Document 113-3   Filed 07/03/20   Page 4 of 20 PageID #:

**B.** **The Actual Origin and Conception of the Alleged Inventions Described in Peloton's Patents**

While Flywheel's investigation and discovery are ongoing, evidence uncovered to date has revealed that:

(1)     By at least July 2011—six months before Peloton was founded,[11] and a year before Mr. Foley filed his earliest provisional patent application—Flywheel had already conceived of and articulated, in a detailed 30-page document marked "Confidential," the features and elements of, and issues that needed to be addressed for, an at-home competitive exercise bike and business.  *See* attached Flywheel@Home Plan (FLYWHEEL0012411-40).

(2)     As detailed in the attached chart, the core features and elements of the Peloton at-home bike and at-home bike business that Mr. Foley and Peloton claim Mr. Foley conceived of and invented—including an at-home exercise bike capable of receiving streamed live and on-demand videos of cycling classes, and sensing, comparing, and displaying on a "leaderboard" performance parameters of the users—were all articulated by Flywheel in its July 2011 business plan several months before Mr. Foley claims he began developing those features and elements. *See, e.g., id.* at FLYWHEEL0012413, 12415, 12417-21, 12427, 12432-35 (describing that the "Flywheel@Home system recreates the studio experience in the users [sic] own home" by streaming "live or recorded classes" to a "full color touchscreen" "mounted on [a] physical bike," which "[d]isplay[s] sensor data and stats comparison in real time" in a "dashboard style leaderboard").

(3)     Indeed, the alleged problem to be solved by the at-home business that Mr. Foley claims he conceived of in late 2011—in-studio cycling classes are offered only at fixed locations and times, while an at-home business allows riders the flexibility to access cycling classes in their own home on their own schedule—was already articulated in Flywheel's July 2011 business plan. *See, e.g., id.* at

---

of these baseless assertions.  *See* Case No. 2:19-cv-00317, Dkt. No. 1.  As you know, the '590 patent, which issued in July 2018, is related to the patents-in-suit. There appears to be no legitimate reason for Peloton to file separate, piecemeal litigations concerning these related patents.  This is yet another example of Peloton's improper use of the litigation process to impose undue burdens and expenses on Flywheel and to coerce Flywheel out of the market.

[11] *See, e.g.,* Form S-1 Registration Statement of Peloton Interactive, Inc. at 7 ("We were formed in 2012 as Peloton Interactive, LLC, a Delaware limited liability company."), *available at* https://www.sec.gov/Archives/edgar/data/1639825/000119312519230923/d738839ds1.htm.

Case 1:18-cv-00390-RMB-KMW   Document 13-1   Filed 01/03/20   Page 5 of 50 PageID #:

FLYWHEEL0012414 ("The specifications for the Flywheel@Home system have been outlined with the target customer in mind. Who is the target customer? Similar to existing Flywheel students, but may be constrained by time or location for access to Flywheel studios").

(4)     And, although required to do so by the Court's local Patent Rules, Mr. Foley and Peloton have produced no written evidence from late 2011 supporting their claim that they conceived of and invented, respectively, any of the ideas for, or core features and elements of, the Peloton at-home bike business that are described and claimed in the patents-in-suit, which in fact were already conceived of and articulated by Flywheel in its July 2011 confidential business plan.

In short, it appears that Mr. Foley gained access to Flywheel's confidential information and misappropriated it as his own, and that Mr. Foley and Peloton have both benefitted financially from this misappropriation.

Given the state of the documentary evidence, or in the case of Mr. Foley and Peloton, the lack of documentary evidence that should exist, and Mr. Foley's own prior statements shedding light on his credibility and approach to doing business (examples provided below), any suggestion that the similarities between the Flywheel-conceived @Home bike and business and Peloton's subsequent at-home bike and patents-in-suit are merely coincidence would not be credible. This conclusion is further supported by the degree to which the details and language of the July 2011 Flywheel @Home Plan reappear in both Mr. Foley's creation story pleaded in Peloton's Complaint and the Peloton patents-in-suit themselves. This overlap suggests that Mr. Foley and Peloton misappropriated Flywheel's ideas and work on an at-home competitive exercise bike, rather than independently coming up with the same ideas.

As you know, in 2011 around the time Flywheel was developing the Flywheel@Home bike and business described in the Flywheel@Home Plan, Mr. Foley was a regular participant in Flywheel's studio cycling classes.[12] Mr. Foley claims that he first had the idea for Peloton and the Peloton Bike while attending a Flywheel class.[13] In addition to being a regular participant in Flywheel's classes, Mr. Foley also was a personal acquaintance of Flywheel senior managers, board members, and investors who would have known about Flywheel@Home and had access to

---

[12] See, e.g., Complaint ¶¶ 1, 23 ("His favored workouts were in-studio cycling classes . . . .").

[13] See, e.g., FLYWHEEL0012450 at 14:06-14:49 ("I was in a class . . . . I was doing Flywheel because of the leaderboard . . . . I was in a class one time and I said 'wow,' you could digitize this experience."), available at https://www.stitcher.com/podcast/msnbc/been-there-built-that/e/53930129?autoplay=true.

Flywheel confidential and proprietary internal documents and communications like the July 2011 Flywheel@Home Plan.

Mr. Foley has alleged that he spontaneously came up with the idea for the Peloton Bike and business—and the features included in that product and described in Peloton's asserted patents-in-suit—when "a lightbulb went off" in late 2011,[14] which is several months after the exact same idea and those exact same features were described in Flywheel's July 2011 Flywheel@Home Plan. Peloton further alleges in the Complaint that in 2011, he shared his ideas with other future Peloton employees (such as Mr. Cortese), and disclosed those ideas to investors to raise the "initial seed investment" used to found Peloton and begin to "create the first prototype of the Peloton Bike" in 2012.[15]

As Peloton's counsel, you know that (1) pursuant to the Court's Patent Rule 3-2(b), Peloton was required by January 24, 2019 (for the '085, '276, and '855 patents) and July 26, 2019 (for the '315 patent) to produce "[a]ll documents evidencing the conception, reduction to practice, design, and development of each claimed invention," and (2) Peloton had an obligation to ensure that such production was timely made. Presumably, you complied with these obligations. However, unlike Flywheel, which has documentary evidence from at least as early as July of its conception of the at-home bike business, Peloton has not produced anything to support Mr. Foley and Peloton's 2011 creation story. Instead, the documents identified by Peloton as providing evidence of its (purported) conception of the claimed inventions do not include any documents at all from 2011. And those documents do not include any documents showing how or when Mr. Foley (1) independently came up with the idea for an at-home competitive exercise bike, (2) shared that idea with the other Peloton co-founders and co-inventors to convince them to join his company, or (3) communicated that idea to potential investors. *See generally* Peloton_FW_000197-226, 896-940, and 943-1083 (cited in Peloton's January 24, 2019 and July 26, 2019 Infringement Contentions).

---

[14] *See, e.g.,* FLYWHEEL0012446 at 15:50-16:41 ("[Interviewer:] Do you talk to your wife right away, do you say 'I've got this amazing idea!' or was it more of a slow burn? . . . [Foley:] I think it came to me and I said 'I think you can digitize that experience and build a hardware and software platform for consuming fitness content at home.' So, a lightbulb went off. . . . [Interviewer:] So take me back to 2011. I'm at your house and you're like 'Hey guy, I had this great idea!' What are you telling me? [Foley:] Yeah, it's effectively Peloton Bike. It was, here's a big screen, and here is a bike that talks to the screen, so you have metrics, and competition and motivation, you have a leaderboard . . . ."), *available at* https://www.npr.org/2019/04/05/710439824/live-episode-peloton-john-foley; FLYWHEEL0012485, *available at* https://www.inc.com/magazine/201605/kris-frieswick/peloton-studio-cycling-home-fitness.html.

[15] *See, e.g.,* Complaint ¶¶ 1, 23-28.

Case 5:18-cv-00390-RMJ-RJP Document 113-4 Filed 07/05/20 Page 7 of 50 PageID #:

In short, if Mr. Foley in fact conceived of the idea for an at-home competitive exercise bike in 2011 (as you plead in Peloton's Complaint), we certainly would expect to see documents from that timeframe—such as inventor notes and communications, user interface mockups, schematics, business plans, investor pitch books, and other documents—reflecting Mr. Foley's (purportedly) independent development of the idea for a new at-home competitive exercise bike product. It appears, however, that no such documents are included in Peloton's Patent Rule 3-2(b) production.

In addition to the foregoing analysis, one must also consider that Mr. Foley and Peloton have repeatedly demonstrated that they are willing to omit or misrepresent facts about Peloton and its products. For example, when Peloton launched a Kickstarter campaign to sell Peloton Bikes and realized the current version of the bike "wobbled" unacceptably, Mr. Foley and Peloton admit that they "faked" the Kickstarter video in order to "sell something that [wasn't]… ready to be sold."[16] When Mr. Foley and Peloton needed popular instructors to lead Peloton's studio classes they repeatedly attempted to hire and did hire away top Flywheel instructors in violation of both the instructors' employment agreements and an agreement between Peloton and Flywheel to not solicit or hire each other's employees.[17] And in 2018, Mr. Foley represented to a CNBC reporter that Peloton was "profitable," when in fact Peloton's S1 filing the following year confirms that Peloton was not and had not been profitable at the time of these false and misleading statements.[18] And Mr. Foley has stated that one of the "best" pieces of advice he ever received regarding how to run a business is that "[s]ometimes you have to rob a few gas stations on the way to the perfect crime."[19]

---

[16] FLYWHEEL0012489, *available at* https://www.inc.com/magazine/201605/kris-frieswick/peloton-studio-cycling-home-fitness.html.

[17] *See, e.g.,* FLYWHEEL0012489-90, *available at* https://www.inc.com/magazine/201605/kris-frieswick/peloton-studio-cycling-home-fitness.html.

[18] *See* FLYWHEEL0012524 ("[I]n an interview with CNBC in May 2018, Peloton cofounder and CEO John Foley told reporters that the startup was profitable. . . . In fact, according to its S-1, Peloton posted net losses for the past eight consecutive quarters."), *available at* https://www.inc.com/business-insider/peloton-ipo-losses-john-foley-profitable-cnbc.html.

[19] *See* FLYWHEEL0012458 ("What's the best piece of advice you've received? . . . 'Here are a few that come to mind: . . . Sometimes you have to rob a few gas stations on the way to the perfect crime. Building businesses from scratch is often not as pretty as you want. It's hard, and sometimes you have to make decisions that outsiders will question because [these choices are] unusual, confusing, and not perfect. But it's seldom as clean and straight of a path as you would have liked.'"), *available at* https://www.wellandgood.com/good-advice/peloton-john-foley-business-advice/.

Other claims made by Mr. Foley and/or Peloton in this litigation already have been shown to be without support and untrue. For example, Peloton's June 19, 2019 Second Amended Complaint reasserts allegations from its prior pleadings that "[o]n information and belief" Flywheel investor Michael Milken "pressed for—and obtained—information from [Mr.] Foley about Peloton's technology and business strategy" and "provided this information to Flywheel, which then used this information to facilitate the development, sales and marketing of the infringing FLY Anywhere bike,"[20] despite the fact that Mr. Milken himself had already been deposed at the time of that filing and testified that those allegations were categorically false.[21]

*In summary, (1) by at least July 2011, Flywheel conceived of the idea for the Flywheel@Home competitive exercise bike and business with the same features that Peloton later incorporated into its own products and patents; (2) Mr. Foley was closely acquainted at that time with Flywheel and Flywheel employees, board members, and investors who would have known about Flywheel's plans for the Flywheel@Home bike; (3) Mr. Foley claims to have spontaneously had the idea for an identical at-home bike after Flywheel had described those features in its July 2011 business plan, but Peloton has produced no documents corroborating this purportedly independent invention; and (4) Mr. Foley and Peloton have demonstrated repeatedly that they are willing to misrepresent the truth and omit relevant facts regarding the company and its products in order to further Mr. Foley's and Peloton's interests. Together, these facts strongly suggest that Mr. Foley and Peloton did not, in fact, independently conceive of the (purported) inventions embodied in the Peloton Bike and described and claimed in its patents-in-suit (as Peloton pleads in the Complaint), and that, instead, those alleged inventions properly belong to Flywheel and were improperly misappropriated and falsely claimed as their own by Mr. Foley and Peloton.*

**C.** **As a Result of Mr. Foley's and Peloton's Misappropriation, the Peloton Patents are Invalid and Unenforceable, the Litigation Should be Dismissed With Prejudice, and Peloton is Liable to Flywheel for Damages and Other Appropriate Relief**

We are still evaluating the full scope of remedies available to Flywheel based on what we have uncovered to date regarding Mr. Foley's and Peloton's misappropriation of Flywheel's ideas and inventions.

Case 2:18-cv-00390-HCM-LRL Document 133-1 Filed 07/05/19 Page 9 of 50 PageID# 3849

Nonetheless, as an initial matter, Peloton's asserted patents-in-suit are plainly invalid for naming the improper inventors.

---

[20] Complaint ¶ 6.

[21] *See, e.g.,* May 6, 2019 Milken Dep. Tr. at 71:8-11 ("Q. Did you share any information Mr. Foley provided to you at that investor conference with anyone at Flywheel? A. No.").

Steven Feldman
September 23, 2019
Page 9

The asserted patents-in-suit are also unenforceable in view of the inequitable conduct of Peloton and the inventors (Messrs. Foley, Cortese, Feng, Sira, and Woolley) in both failing to name the true inventors when they applied for the patents-in-suit and knowingly submitting false declarations that they were the true inventors of the patented subject matter. *See, e.g., Cyber Acoustics, LLC v. Belkin Int'l, Inc.*, 988 F. Supp. 2d 1236, 1243 (D. Or. 2013) ("Where a party 'fabricate[s] evidence to support [a] claim of inventorship,' the Federal Circuit has held that the conduct in question may give rise to a claim of inequitable conduct and render the patent unenforceable." (alterations in original) (quoting *Advanced Magnetic Closures, Inc. v. Rome Fastener Corp.*, 607 F.3d 817, 830-32 (Fed. Cir. 2010))).

Furthermore, Peloton does not own the inventions claimed in the patents-in-suit because it never received an assignment of such inventions from the true inventor(s), and therefore Peloton lacks standing to sue in this case.

In addition, Mr. Foley and Peloton are liable for antitrust violations under Section 2 of the Sherman Act.  Mr. Foley and Peloton engaged in anticompetitive conduct by fraudulently misrepresenting the identities of the original inventors in order to obtain the patents-in-suit, and asserting bad-faith claims for infringement of patents that Mr. Foley and Peloton know were fraudulently obtained and are invalid, unenforceable, and not owned by Peloton (as described above).  Mr. Foley and Peloton also have the specific intent to "put an end to" sales of Flywheel's competing FLY Anywhere bike and monopolize what Peloton claims is an "at-home cycling market" in which Peloton is purportedly "the leader" with a dominant market share.  *Compare, e.g.,* Complaint ¶¶ 7, 43, 54, 115, *with Garmin Ltd. v. TomTom, Inc.*, No. 2:06-CV-338, 2007 U.S. Dist. LEXIS 74032, at *7-13 (E.D. Tex. Oct. 3, 2007) ("Enforcement of a patent procured by fraud on the Patent Office may be violative of § 2 of the Sherman Act . . . ." (quoting *Walker Process Equip., Inc. v. Food Mach. & Chem. Corp.*, 382 U.S. 172, 174 (1965)), *Conceptual Eng'g Assocs. v. Aelectronic Bonding*, 714 F. Supp. 1262, 1264-71 (D.R.I. 1989) ("In sum, then, I find that the evidence is clear and convincing that the plaintiff brought the patent suit in bad faith, knowing that the patent was invalid because he had concealed the fact that there was a co-inventor; that the plaintiff intended to monopolize the relevant market, and pursued a campaign to do just that, as evidenced by the advertisements; and that the attempt to monopolize the market had a dangerous probability of success. Therefore, I find that the plaintiff has violated the Sherman Act."), *Eon Corp. IP Holdings, LLC v. Landis+Gyr Inc.*, No. 6:11-CV-00317, 2013 U.S. Dist. LEXIS 191810, at *17-18, *22-25 (E.D. Tex. May 17, 2013), *report and recommendation adopted*, 2013 U.S. Dist. LEXIS 191815 (E.D. Tex. July 30, 2013), *and Alt. Electrodes, LLC v. Empi, Inc.*, 597 F. Supp. 2d 322, 330-31 (E.D.N.Y. 2009).

Further still, Mr. Foley and Peloton are liable to Flywheel for at least violations of Section 43(a) of the Lanham Act, tortious interference with prospective economic advantage and business relations, defamation, injurious falsehood, trade libel, and related causes of action.

Specifically, Mr. Foley and Peloton know both that Flywheel is the true inventor of the at-home competitive bike and business and that the Peloton patents claiming such bikes are invalid and unenforceable.  Nonetheless, Mr. Foley and/or Peloton have falsely claimed in bad faith in this litigation that the Flywheel FLY Anywhere bike is "a copycat of the Peloton Bike" that infringes the Peloton patents.  And Mr. Foley and/or Peloton have publicized those baseless allegations to potential Flywheel customers, business partners, and investors through media placements, subpoenas, and other actual and attempted communications and threats, such as Peloton's July 29, 2019 letter addressed to all potential investors in Flywheel and Peloton's August 26, 2019 subpoena served on Flywheel's potential business partner WeWork.  *See, e.g., Zenith Elecs. Corp. v. Exzec, Inc.*, 182 F.3d 1340, 1342-43, 1354-55 (Fed. Cir. 1999); *Blue Spike, LLC v. Audible Magic Corp.*, No. 6:15-CV-584, 2016 U.S. Dist. LEXIS 93928, at *49-57 (E.D. Tex. Feb. 26, 2016), *report and recommendation adopted*, 2016 U.S. Dist. LEXIS 93926 (E.D. Tex. Mar. 28, 2016) (Schroeder, J.).

We are pursuing the extent to which Mr. Foley's and Peloton's misappropriation and commercial exploitation of Flywheel's proprietary and confidential information and business plans, and Mr. Foley and Peloton's misrepresentations to the public, permit Flywheel to seek disgorgement of the revenues generated by Peloton from such improper conduct.

In view of the foregoing, Flywheel demands that Mr. Foley and Peloton immediately:

(1)     Dismiss with prejudice the claims for patent infringement Peloton is asserting against Flywheel in both this lawsuit and in the additional lawsuit concerning a related patent that Peloton filed last week;

(2)     Grant Flywheel an unrestricted covenant-not-to-sue as to the Peloton patents-in-suit and any other patents or pending patent applications describing the same purported inventions;

(3)     Reimburse Flywheel for its attorneys' fees and costs incurred in defending Peloton's baseless claims;

(4)     Either disclaim all claims of the asserted patents-in-suit because those claims are invalid and unenforceable (as Flywheel contends in this litigation and in the co-pending *inter partes* review proceedings), or, if Peloton refuses to disclaim the patent claims, petition the United States Patent and Trademark Office to correct the inventorship of the patents-in-suit (and any other patents or pending patent applications describing the same purported inventions); and

Case 5:18-cv-00380-RWS Document 95-1 Filed 09/23/19

Steven Feldman
September 23, 2019
Page 11

    (5)    Pay damages to Flywheel adequate to compensate it for the losses incurred as a result of Peloton's improper misappropriation of Flywheel's inventions and false assertions that Mr. Foley and Peloton had conceived of those inventions in an amount either agreed to by the parties or determined through a mediation process.

    Please let us know by no later than Wednesday, September 25, 2019 whether Mr. Foley and Peloton agree to these demands. If Mr. Foley and Peloton do not agree to these demands, Flywheel will pursue all appropriate claims and remedies from all persons participating in or enabling the improper conduct above to obtain compensation and injunctive relief as a result of Mr. Foley's and Peloton's improper conduct and wrongful prosecution of the claims in this litigation.

Sincerely,

s/ Jeffrey S. Ginsberg

Jeffrey S. Ginsberg

| July 2011 Flywheel@Home Plan | Peloton Pleadings and Assertions | Peloton's Asserted Patents[22] |
|---|---|---|
| "The proposed Flywheel@Home system **recreates the studio experience in the users own home** . . .<br><br>The key is to enable home users to **feel like they are part of a class, even if they are thousands of miles away**"[23] | "Foley established Peloton with the goal of creating a product that would **bring the in-studio exercise class experience directly into a person's own home**. This led to the invention of the Peloton Bike, which Foley, along with his co-founders, developed and brought to market in 2012. . . .<br><br>Foley told Cortese that he believed there was a large, untapped market available if they could just figure out how to allow cycling fans to access the best instructors and **have the same in-studio cycling class experience at any time, no matter where they live** and | "To improve the experience and provide a more engaging environment, **gyms offer classes such as cycling classes where the instructor and participants exercise on stationary bikes** accompanied by music. . . .<br><br>**[T]hey are unavailable to many potential users, generally are very expensive, and often sell-out so that even users in a location convenient to the cycling studio cannot reserve a class. The present invention addresses these problems**, providing a stationary bike that incorporates multimedia inputs and outputs for live streaming or |

[22] All four asserted patents-in-suit share substantially the same specification. The citations in this chart are to the specification of Peloton's '085 patent.

[23] FLYWHEEL0012413.

| July 2011 Flywheel@Home Plan | Peloton Pleadings and Assertions | Peloton's Asserted Patents[22] |
|---|---|---|
| | no matter how busy their schedules are."[24] | archived instructional content, socially networked audio and video chat, networked performance metrics and competition capabilities, along with a range of gamification features."[25] |
| "The specifications for the Flywheel@Home system have been outlined with the target customer in mind . . . Who is the target customer? Similar to existing Flywheel students, but may be **constrained by time or location for access to Flywheel studios**"[26] | "The invention of the Peloton Bike solved two major problems for would-be exercisers. First, it removed a significant **constraint of in-studio cycling classes, which are offered only at fixed locations and times** . . . ."[27] | "All of these **class-based experiences, however, are accessible only at specific times and locations**. . . . The present invention addresses these problems . . . ."[28] |
| "**Flywheel@Home Bike** Hardware . . . Custom or off-the-shelf tablet to be mounted on physical bike . . . Rapid | "The **Peloton Bike** is the first ever at-home exercise bike that incorporates a sophisticated graphical user interface— | "Referring generally to FIGS. 1-12, in various exemplary embodiments the **stationary bike 102** may be equipped |

---

[25] Col. 1:32-50.

Case 2:19-cv-00390-RWS-RSP   Document 113-4   Filed 01/02/20   Page 14 of 50 PageID #: 4584

[26] FLYWHEEL0012414.

[27] Complaint ¶¶ 3, 23, 42.

[28] Col. 1:40-45.

| July 2011 Flywheel@Home Plan | Peloton Pleadings and Assertions | Peloton's Asserted Patents[22] |
|---|---|---|
| access to **live or recorded classes** . . . 7-11" streaming video capable indoor cycle with stats readout on **full color touchscreen** . . .<br><br>Bike comes with dedicated **tablet, operating Android**"[29] | presented on a **22-inch HD, multitouch tablet**—that displays **live and on-demand cycling classes** led by some of the world's most elite instructors."[30]<br><br>"Its displays are customized, waterproof **Android tablets** . . . ."[31] | with one or more **large display screens 104**, cameras, microphones, and speakers or other audio outputs.. . . .<br><br>Display screen 104 may be driven by a user input device such as a **touchscreen**, mouse, or other device. . . .<br><br>In various exemplary embodiments, the user interface may be run through a local program or application using the local operating system such as an **Android** or iOS application . . . ."[32] |
| "**Flywheel@Home Bike** Hardware . . . | "The **Peloton Bike** uses **sensors to measure the rider's performance** and can display a leaderboard **comparing | "In various exemplary embodiments, the **stationary bike 102** may be equipped with **various sensors that can |

---

[29] FLYWHEEL0012413, 12415, 12419, 12421, 12427, 12432, 12434.

[30] Complaint ¶¶ 2, 17, 26.

[31] FLYWHEEL0012477, *available at* https://dealbook.nytimes.com/2014/04/24/investors-bet-on-live-streamed-spinning-classes-in-the-home/.

[32] Col. 4:16-20, 5:29-32, 5:54-55, 10:7-10.

Case 1:19-cv-00300-RMS-RSP Document 113-1 Filed 01/02/20 Page 15 of 50 PageID #: 4822

Steven Feldman
September 23, 2019
Page 15

| July 2011 Flywheel@Home Plan | Peloton Pleadings and Assertions | Peloton's Asserted Patents[22] |
|---|---|---|
| **Integrated sensor data** readings . . .<br><br>Display **sensor data and stats comparison in real time** . . .<br><br>**Rank and performance on dashboard style leaderboard** . . . | **the rider's performance at each point in the class** with the performance of every other rider that is currently taking—or has ever taken—the same class. **This "Leaderboard" utilizes Peloton's patented technology to show Peloton riders how their performance ranks** in comparison to all other riders that have taken that same class, past and present, at every point in the class. . . . | **measure a range of performance metrics** from both the stationary bike and the rider, instantaneously and/or over time. . . .<br><br>**A leaderboard 234 may also be displayed to allow the user to see their performance in comparison to others** taking the same class." |

Steven Feldman
September 23, 2019
Page 16

| July 2011 Flywheel@Home Plan | Peloton Pleadings and Assertions | Peloton's Asserted Patents[22] |
|---|---|---|
| **Competition Class Screen**<br><br><br><br>**View**<br>- Display live video feed of instructor<br>- Play live classroom audio<br>- Class scoreboard overlaid on video<br>- Your stats, RPM, Torque, Time"[33] | Above: The Peloton Graphical User Interface and Leaderboard"[34] | |

Case 2:18-cv-00380-RWS-RSP Document 4-13 Filed 01/02/20 Page 17 of 50 PageID #: 782

[33] FLYWHEEL0012413, 12415, 12417-18, 12427.

[34] Complaint ¶¶ 2, 19.

[35] Col. 4:66-5:2, 7:51-55, Fig. 8.

| July 2011 Flywheel@Home Plan | Peloton Pleadings and Assertions | Peloton's Asserted Patents[22] |
|---|---|---|
| "Key elements of the Flywheel Experience:<br>. . .<br><br>**Instructor energy, charisma, and encouragement** . . .<br><br>**Ability to see others in classroom by looking around** . . . Placement of **bike in dark room, illuminated only by streaming classroom video** on screen . . .<br><br>As **music and the instructor's commands are essential** to the Flywheel studio experience, and enhance the sense of a social workout . . .<br><br>**directly integrate the application into social media** outlets"[36] | "Peloton has borrowed a lot from boutique studios and what riders are addicted to, starting with the **charismatic instructor**. 'Instructors who can command an audience and have great fitness knowledge are arguably like actors, they should be paid as such.' . . . During a session, **the center of the screen is devoted to the spotlighted instructor**, although several **cameras positioned around the live studio cut to the riders from time to time** in all their sweaty, inspiring glory. Another layer of **motivation comes from the music**, and the hefty fees Peloton is forking over for rights to the good stuff ('maybe 10 percent of every monthly subscriptions,' Foley speculates), so you won't be riding to elevator music. Although you'll technically be riding alone, Peloton has pretty tricked out **social elements** such that you might never feel | "To improve the experience and provide a more engaging environment, gyms offer classes such as cycling classes where the instructor and participants exercise on stationary bikes accompanied by music. The **instructor and music combine to motivate participants** to work harder and maintain better pedal cadence or tempo. More recently, boutique cycling studios have taken the cycling class concept to dedicated spaces to create even more powerful class experiences. . . .<br><br>Recording equipment including microphones and **one or more cameras can be used to capture the instructor and/or participants during the class**. . . .<br><br>In various exemplary embodiments, the system may **incorporate various social networking aspects** such as allowing |

Case 3:18-cv-00390-RWS-RSP   Document 113-4   Filed 07/05/20   Page 18 of 50 PageID #:

---

[36] FLYWHEEL0012413, 12417.

| July 2011 Flywheel@Home Plan | Peloton Pleadings and Assertions | Peloton's Asserted Patents[22] |
|---|---|---|
| | that way. Because **you can sign in via Facebook Connect**, you can see who among your pals wants to ride with you . . . ."[37] | the user to follow other riders, or to create groups or circles of riders."[38] |
| "Bike with Tablet . . . **Price Benchmark . . . $1900-2200** . . . Flywheel's **profit will be driven by subscriptions** . . . .  This may be achieved by breaking even or subsidizing cost of the equipment"[39] | "The Peloton Bike **retails for $1995**, and riders pay $39 per month for a **subscription** to Peloton's exclusive live and on-demand cycling classes as well as other exercise content."[40]  "Peloton says its bikes are sold near cost; the **profits come from selling subscription content**."[41] | "The user interface can also be used to access the system to **update profile or member information**, manage account settings such as information sharing, and control device settings."[42] |

---

[37] FLYWHEEL0012469-70, *available at* https://web.archive.org/web/20161003085056/https://www.wellandgood.com/good-sweat/peloton-to-revolutionize-spinning-at-home/.

[38] Col. 1:32-39, 10:46-52, 7:61-64.

[39] FLYWHEEL0012420.

[40] Complaint ¶ 21.

[41]FLYWHEEL0012546, *available at* https://www.barrons.com/articles/wearable-technology-with-pedals-and-wheels-1418445513.

[42] Col. 6:7-17.

Case 1:18-cv-00390-RMS-RSB   Document 113-4   Filed 01/02/20   Page 19 of 50 PageID #: 4828

Steven Feldman
September 23, 2019
Page 19

# Flywheel@Home

## Discussion Document

**July 2011**

**CONFIDENTIAL**

FLYWHEEL0012411

# Agenda

- **System overview**

- Hardware development

- Software development

- IT infrastructure development

- Key considerations and next steps

FLYWHEEL0012412

# The proposed Flywheel@Home system recreates the studio experience in the users own home

**Key elements of the Flywheel Experience:**

✓ Instructor energy, charisma, and encouragement

✓ High-energy music/playlists blasting in studio

✓ Tracking and competition with classmates

✓ Environmental imagery

✓ Being in a room where others are also pushing themselves to the extreme

✓ Focus on the collective experience, rather than distracting user from being on bike

**Ways this could be replicated at home:**

✓ Streaming, high-quality audio/video on live instructor

✓ Music streamed to bike, with surround sound audio (no headphones)

✓ Rank and performance on dashboard style leaderboard

✓ Moving image displayed on screen

✓ Ability to see others in classroom by looking around (panoramic camera)

✓ Placement of bike in dark room, illuminated only by streaming classroom video on screen (simple GUI)

> The key is to enable home users to feel like they are part of a class, even if they are thousands of miles away

FLYWHEEL0012413

# The specifications for the Flywheel@Home system have been outlined with the target customer in mind

- Who is the target customer?
  - Similar to existing Flywheel students, but may be constrained by time or location for access to Flywheel studios
- How "tech savvy" are the end users?
  - We are assuming that most Flywheel customers will want a device and interface that works with little technical expertise
- What kind of user experience are we trying to deliver?
  - Seamless functionality that simulates the Flywheel studio as much as possible
  - Enable the user to be "lost" in the experience, as in the classroom
  - Simple setup and go- login and connection data saved
  - Accessible real-time support as needed

FLYWHEEL0012414

# Implementing a Flywheel@Home system comprises four main modules

## Gym Class Local Broadcasting Setup

- Wide-angle lens streaming HD video camera/webcam

- High-quality studio microphone and possibly instructor microphone

- Quad-core or better desktop PC to handle incoming audio and video data, as well as live streaming stats

- PC set up to upload data to remote server for processing and streaming to Flywheel@Home users

## Remote Central Media Server Farm

- High-performance, multi-core server farm with bandwidth capacity for large volumes of simultaneous connections

- Hosting for administrative and end-user access

- On-the-fly encoding of audio/video data optimized for home streaming

## Flywheel@Home Bike Hardware

- Custom or off-the-shelf tablet to be mounted on physical bike

- Integrated sensor data readings

- Electronics must be capable of processing sensor data as well as incoming high-quality audio/video stream seamlessly

- Speakers and connector interface to integrate components

- Finished enclosure or mount on bike

## End-User Application

- Simple layout with few screens for intuitive functionality

- Rapid access to live or recorded classes

- Needs to handle handshaking protocol and secure access to audio/video data feeds

- Display sensor data and stats comparison in real time

**On-Site at Flywheel Studio      Off-Site at 3rd Party Location                        User's Home**

FLYWHEEL0012415

# Agenda

- System overview

- **Hardware development**

- Software development

- IT infrastructure development

- Key considerations and next steps

FLYWHEEL0012416

# Flywheel@Home could provide a range of features depending on what customers are willing to pay for

## Basic Features

**Large, tablet style display**
Streaming video, login, basic controls, imagery and leaderboard presentation

**High-quality audio**
As music and the instructor's commands are essential to the Flywheel studio experience, and enhance the sense of a social workout

**Ability to dock consumer tablets**
Customers can have the choice to use their own tablet devices with the appropriate wiring and software drivers installed

**Delivery and installation**
As installation and setup of equipment can be complex, we need to consider simplifying the installation process, or deliver the machine pre-built



## Optional Enhancements

**Headband Accelerometer Control**
With a panoramic camera set up in the Flywheel studio, a head-mounted accelerometer or eye-tracking mechanism could detect gaze and respond, allowing the user to "look around" the room virtually

**Visual projection**
The imagery of the classroom may be enhanced through built-in projector or projector compatibility, allowing the user to experience environmental or studio imagery on a large wall in front of them

FLYWHEEL0012417

# From a hardware standpoint, the Flywheel@Home unit would need speakers, a tablet, and connector units



# There are no direct alternative cycles as advanced as the proposed Flywheel@Home, even for over $2000

**Indoor Cycles – Simple to Advanced**

| No Electronics | Electronics Ready | Basic Electronics | Flywheel@Home |
|---|---|---|---|
|  |  |  |  |
| **Schwinn IC Elite Indoor Cycling Bike** | **Schwinn AC Performance Indoor Cycle Trainer** | **MPower  Sport Console MPower Performance Console** | **Flywheel@Home** |
| *Basic indoor cycle* | *Advanced indoor cycle with sensors capable of providing metrics; display not included* | *Schwinn-cycle compatible devices that provide basic readout* | *7-11" streaming video capable indoor cycle with stats readout on full color touchscreen* |
| **$1050 @ Overstock.com** | **$1700 @ Amazon.com** | **$239 (Sport), $499 (Performance) @ Fitsupply.com** | **$2000-3000?** |
| | | **Total: $1939-2199** | |

FLYWHEEL0012419

# We can target different price points by offering the bike standalone, or with pre-installed hardware

## Bike Only



- ✓ Bike comes with docking station and ability to plug in to user's own Android/iOS devices
- ✓ User must connect and disconnect tablet device on each use (assuming they use the tablet for other purposes), and must walk through initial installation of apps and drivers
- ✓ User's background programs and device customizations make it hard to guarantee performance or troubleshoot
- ✓ Difficult to differentiate from lower cost, "standard" indoor cycles

Price Benchmark ("Electronics-Ready")
$1400-1700

## Bike with Tablet



- ✓ Bike comes with dedicated tablet, operating Android
- ✓ Can be shipped pre-mounted
- ✓ Integration, calibration, and installation of necessary apps and drivers can be factory set
- ✓ Lower technical barrier for user setup
- ✓ Dedicated electronics can help streamline troubleshooting and guarantee better device performance
- ✓ Can achieve premium product positioning, enabling even higher price levels

Price Benchmark ("Basic Electronics")
$1900-2200

FLYWHEEL0012420

# We have several options to secure hardware at the best cost, but each has implications on integration

**Hardware Requirements:**

- Projected capacitive touchscreen
- Display size 7-11"
- 802.11g WiFi
- CPU/GPU capable of processing 720p HD streaming video
- Audio
- Ability to integrate with custom bike sensors



**iPad**
**Pros:** Simple layout, robust app developer community
**Cons:** Closed source, highly proprietary, apps need to be approved by Apple to be accessible, difficult to integrate
**Hardware Cost: $400-500/unit**



**Samsung Galaxy or similar**
**Pros:** Simple layout, robust app developer community, open Android platform
**Cons:** Android integration is easier, but may have hardware constraints to sensor integration
**Hardware Cost: $400-500/unit**



**Custom Designed Device**
**Pros:** Dedicated, purpose-built hardware, Android-based, straightforward sensor integration
**Cons:** Will need industrial design and supply chain scaling
**Hardware Cost: $300-400/unit, but requires ~$200K NRE**

FLYWHEEL0012421

# Developing a custom tablet would cost approximately $200K, which would make sense for high quantities



**PRELIMINARY ESTIMATES**

| 4-5 weeks | 4-5 weeks | 8-9 weeks | 3-4 weeks | 6-7 weeks |
|---|---|---|---|---|
| **Phase I** Component selection, architecture, and feasibility testing | **Phase II** Hardware design & prototyping | **Phase III** System design and functional revision | **Phase IV** Interface and optimization | **Phase V** Design for manufacturing deployment |

| | | | | |
|---|---|---|---|---|
| ✓ Finalize device specifications | ✓ Central design of the core printed circuit mainboard | ✓ Three hardware revisions of the completed system components (as needed) | ✓ Low-level coding and sensor integration | ✓ Cost-compression and vendor negotiation |
| ✓ Evaluate and select key mainboard components | ✓ Prototype the mainboard system, including serial and Ethernet modules | ✓ System level code development and stabilization | ✓ Operating system customization and compatibility tests | ✓ Supply chain evaluation and PCB design revision based on parts cost and availability |
| ✓ Purchase critical, long lead-time components to ensure timely delivery | ✓ Prototype power regulation and power management modules | ✓ Streaming input/network output performance benchmarking and analysis | ✓ Preparation and wrap-up for demonstration | ✓ Technical documentation development |
| ✓ Mockup expected dimensions of internal circuitry boards and components for industrial design | ✓ Prototype touchscreen display circuitry | ✓ Industrial design prototype enclosure | ✓ Completed prototype delivery | ✓ Installation and assembly optimization and testing |
| | ✓ Begin industrial design of enclosure | | ✓ Optimization based on prototype feedback | ✓ End-user testing for final deployment |
| | | | ✓ First batch delivery | |
| | | | ✓ *End-user application to be developed sepratetely* | |

| ~$24k | ~$45k | ~$70K | ~$22k | ~$43K |
|---|---|---|---|---|

FLYWHEEL0012422

# Agenda

- System overview

- Hardware development

- **Software development**

- IT infrastructure development

- Key considerations and next steps

FLYWHEEL0012423

# The proposed software application will comprise 5 basic screens



FLYWHEEL0012424

# Screen 1 - Account Login Screen

## Account Login Screen/Front Page

**FLY** FLORIDA

**FLYWHEEL** SPORTS

Username
Password? | Sign up
Change Region

| HOME | LOCATIONS | INSTRUCTORS | BUY | RESERVE | MY ACCOUNT |

**Model**
- Remote account database
- Subscription credit card processing handled off-device 

**View**
- User/Pass login box
- Possible: network capacity test option

**Controller**
- Java application
- Account verification
- Secure HTTP POST mechanism to remote account database
- Initiate software update if needed

FLYWHEEL0012425

# Screen 2 - Flywheel@Home Class Selection Screen



**Flywheel@Home Class Selection Screen**

| Date/Time | Instructor | Length | Location | |
|-----------|-----------|--------|----------|---|
| Today, 5 PM | Ruth | 45 min | JCC | JOIN NOW |
| Today, 6 PM | Jay | 60 min | Flatiron | JOIN NOW |
| 8/1, 4 PM | David | 45 min | Sag Harbor | RESERVE |
| 8/2, 5 PM | Oscar | 60 min | Boca Raton | RESERVE |

SETTINGS    TRAINING MODE

**Model**
• Remote class database

**View**
• Single-level scrollable list of available classes
• Class name/location "Flywheel Miami, Florida"
• Next class time "Monday, 2PM, July 20th"
• Class Status: Free/Exclusive/Prerecorded
• Join button
• Possible: Like button
• Possible: Reserve/buy exclusive classes

**Controller**
• Java application
• Account verification
• Secure HTTP GET mechanism using account



# Screen 3 – Competition Class Screen



**Competition Class Screen**

| RPM | Torque | Time |
|-----|--------|------|
| Leaderboard (Tap to View) | - VOL +    SETTINGS    EXIT | |

**Model**
- Remote streaming video feed
- Remote stats database

**View**
- Display live video feed of instructor
- Play live classroom audio
- Class scoreboard overlaid on video
- Your stats: RPM, Torque, Time
- Leave button

**Controller**
- Java application
- Download remote media and data through low-level libraries optimized for video/audio
- Polled hardware sensors for RPM, Torque
- HTTP POST stats to database
- Render video/audio

# Screen 4 – Training Mode



**Model**
- Local stats file with little/no recording

**View**
- Same as Competition class screen
- No instructor video feed
- Your stats: RPM, Torque, Time
- Exit button
- Possible: External audio source/music player
- Possible: simple video visualizations

**Controller**
- Java application
- Polled hardware sensors for RPM, Torque

# Screen 5 - Settings



**Model**
- Screen API
- Network setting manager API
- Technical log files

**View**
- Active Account: liquidware@gmail.com , logout button
- Test Connection: Test speed/consistency of network, shows warning if connection is insufficient for performance, Test button
- WiFi Settings: Status, Disconnect Button
- WiFi Settings: Choose wireless network SSID
- WiFi Settings: Enter Wi-Fi password

**Controller**
- Java application
- Set & modify system managers/files
- Bandwidth test using uncompressible sample file on the central media server.

# Software application development would take a team 9-12 months for deployment

*PRELIMINARY ESTIMATES*

| *2-3 weeks* | *7-8 weeks* | *20-22 weeks* | *6-8 weeks* |
|---|---|---|---|
| **Phase I**<br>Application Planning and Specifications | **Phase II**<br>Initial Code Prototype | **Phase III**<br>Code Revisions (3 releases) | **Phase IV**<br>Infrastructure Integration and Benchmarking |

**Phase I**
- ✓ Finalize software app requirements
- ✓ Develop GUI wireframe mockups
- ✓ Graphic design review

**Phase II**
- ✓ Develop compression algorithm to support smooth viewing functionality
- ✓ Draft Model/View/Controller (MVC) for Login screen
- ✓ Draft MVC for Class Selection screen
- ✓ Draft MVC for Competition Class screen
- ✓ Draft MVC for Training Mode screen
- ✓ Draft MVC for Settings

**Phase III**
- ✓ Test first-release prototype application for basic functionality
- ✓ Refine prototype code in 3 releases: usable beta-release, tested for limited rollout, and large-scale launch release
- ✓ Update functionality, refine errors and optimize performance based on feedback from prior release in each revision

**Phase IV**
- ✓ Final testing and optimization of launch-ready application with completed IT infrastructure systems for larger
- ✓ Benchmark video quality and playback
- ✓ Benchmark connection-related performance
- ✓ Deploy remote software update model

| ~$20k | ~$40k | ~$110K | ~$40k |
|---|---|---|---|

FLYWHEEL0012430

# Agenda

- System overview

- Hardware development

- Software  development

- **IT infrastructure development**

- Key considerations and next steps

FLYWHEEL0012431

# We will also need to set up infrastructure to broadcast a live audio/video stream from the Flywheel studios



**Gym Class Local Broadcasting Setup**
Records raw audio/video data and uploads it to remote server farme

**Remote Central Media Server Farm**
Has processing capacity and bandwidth to serve hundreds of live concurrent streams to connected home units

**Flywheel@Home Units**
Each user must be able to access a variety of classes, and participate in real time

FLYWHEEL0012432

# The gym class broadcasting setup will have audio and video equipment connected to a computer for upload

## Gym Class Broadcasting Setup

*The videocamera and microphones will feed data to a computer in the studio, to upload to a streaming server*

- Capture video/audio of the instructor/gym
- Sync with active class list when class starts
- Broadcast the live video/audio to the central media server
- Broadcast the instructor/class stats to the stats database
- Ping the media server when not running (keep-alive)
- Restart broadcast if the network connection drops
- Listen for remote software updates from the media server
- Possible: The instructor interacts with system to start/stop the class

**External Requirements**
- Quad core (or better) desktop PC
- Internet connection with >1Mbit upload bandwidth
- Wide angle lens videocamera 640x480 @ >20fps
- Ceiling or instructor bike mounting bracket
- Single channel high-quality microphone, boom mounted in the center of the class
- Possible: instructor microphone headset

FLYWHEEL0012433

# The remote server will be capable of scaling to deliver to high volumes of simultaneous users

## Remote Central Media Server

*A remote server will need to take and process the live data from the gym's computer and broadcast it to home users.*

- 1MBit upload rate per connected user
- 1Mbit download rate per instructor class source feed
- Stats Service - handles stat capture & rebroadcast
  - MySQL database
  - Lightweight HTTP service
  - Timestamping of stats with session info
  - Efficiently tuned for stats capture and broadcast
  - Need to determine leaderboard refresh rate
- Class list service - Manages offline/online class list and class location info
  - MySQL database
  - Lightweight HTTP service

- Instructor Service – Captures instructor/class media
  - High-efficiency
  - Capture source in the background
  - Capture to RAM 10 seconds buffer
  - Likely one capture per machine core
  - May record class to disk
- Channel Service – Hosts each instructor media stream to @home clients
  - Sync audio/video source feeds
  - Common channel URL handler
  - Maintain connection state with all active source streams

### External Requirements
- Remote, high-bandwidth server capable of broacasting large numbers of simultaneous live feeds
- Possible: Admin backend GUI interface to manage active streams and watch stream stats
- Server, hosting, and bandwidth costs to maintain media service
- Possible licensing fees based on streaming media encoding formats

FLYWHEEL0012434

# IT infrastructure development can occur in parallel to software workstreams

*PRELIMINARY ESTIMATES*

| *3-4 weeks* | *7-8 weeks* | *15-18 weeks* | *6-8 weeks* |
|---|---|---|---|
| **Phase I**<br>Application Planning and Specifications | **Phase II**<br>Inter-service Integration | **Phase III**<br>Code Development and Revisions | **Phase IV**<br>Infrastructure Integration and Benchmarking |

**Phase I**
- ✓ Finalize equipment requirements: camera, audio, computer, and remote server access
- ✓ Finalize backend software requirements
- ✓ Media service partitioning
- ✓ Begin sourcing necessary equipment

**Phase II**
- ✓ Build directory service to manage incoming instructor media streams
- ✓ Build stats service to handle stat capture & rebroadcast
- ✓ Build program capture service to capture media from the instructor
- ✓ Build program delivery service to broadcast media from each instructor's media stream to Flywheel@Home clients

**Phase III**
- ✓ Integration of customer database to active accounts
- ✓ Integration of directory service, stats service, and program capture
- ✓ Integration of local data source to remote server and data feed
- ✓ Develop local streaming connection management
- ✓ Build and integrate database to log stats, data, and stream upload on local machine

**Phase IV**
- ✓ Integration to gym streams
- ✓ Integration to software app
- ✓ Video and sound quality tuning
- ✓ Physical equipment delivery and installation

| ~$13k | ~$26k | ~$58K | ~$26k |
|---|---|---|---|

FLYWHEEL0012435

# Agenda

- System overview

- Hardware development

- Software  development

- IT infrastructure development

- **Key considerations and next steps**

FLYWHEEL0012436

# Estimated costs summary

| One Time Engineering (OTE) | | |
|---|---|---|
| Hardware | $ | 204,000 |
| Software | $ | 210,000 |
| IT Infrastructure/ Integration | $ | 123,000 |
| Total | $ | 537,000 |

| Hardware Costs w/Custom Tablet | Quantity | | |
|---|---|---|---|
| | 2000 | 5000 | 10000+ |
| Bike | 400 | 400 | 400 |
| Tablet | 425 | 375 | 325 |
| Sensors/Wiring | 40 | 30 | 25 |
| High Quality Speakers | 70 | 55 | 50 |
| Enclosure/Mounting | 80 | 50 | 40 |
| Assembly | 30 | 25 | 20 |
| Total | 1015 | 910 | 860 |

| Hardware Costs w/Existing Tablet | Quantity | | |
|---|---|---|---|
| | 2000 | 5000 | 10000+ |
| Bike | 400 | 400 | 400 |
| Tablet (off the shelf) | 450 | 425 | 400 |
| Hardware Integration | 60 | 50 | 40 |
| Sensors/Wiring | 40 | 30 | 25 |
| High Quality Speakers | 70 | 55 | 50 |
| Enclosure/Mounting | 80 | 50 | 40 |
| Assembly | 30 | 25 | 20 |
| Total | 1100 | 1010 | 955 |

**Comments**

- Hardware costs are rough estimates, based on quantity we can guarantee to vendors, or purchase upfront

- If we choose to procure an off-the-shelf tablet, we can significantly reduce hardware OTE, as well as engineering effort

- However, using existing commercial tablets would also add an integration cost to other components on the bike, such as sensors,

- Also, it is challenging to guarantee quantity pricing and availability when sourcing existing commercial devices

- Variable costs include remote server administration and bandwidth costs; these scale with the number of active users, approximately $4-5K monthly for 1000 users, and becomes cheaper per user at higher volumes

FLYWHEEL0012437

# Additional considerations

- Should we design a version that allows users to dock their own device?
  - Android and iOS would separate app development streams (e.g., we would be building an app for each platform)
  - Strongly recommend against using the user's device as it will be difficult to guarantee performance
    - Performance is critical, as the device needs to function for full 45-60 minute class without interruption

- What are the tradeoffs of integrating an off-the-shelf device vs. building one from scratch?
  - Off-the-shelf device reduces the engineering effort, but this will need to be made up on the integration side during production
  - At high quantities, off-the-shelf hardware procurement is unreliable, as most commercial consumer electronics are developed on a 12 month lifecycle 
    - We typically design custom devices to last 3-5 year lifecycles, or more for industrial and military applications
  - Price breaks and quantity secured cannot be guaranteed with tablet manufacturers, as they designate products for the consumer market, rather than customized product integration
  - Use of commercial devices in a finished product may also trigger licensing or legal issues concerning unauthorized use of the device

# Target cost and billing models

- Flywheel's profit will be driven by subscriptions, as the marginal scaling cost of maintenance per user is negligible, and will be far offset by revenue
- To rapidly grow the number of subscribers, the cost of entry to a new subscriber must be relatively low for a fairly affluent target customer
  - However, it is important to maintain the aspirational brand and image of Flywheel Studios and deliver a high-quality, high-performance device
  - This may be achieved by breaking even or subsidizing cost of the equipment, but locking in new subscribers for 6-12 month contracts
- We may also have the opportunity to directly integrate the application into social media outlets- something that does not exist fully at the physical studios

FLYWHEEL0012439

## Next steps

- Discuss feasibility of proposed Flywheel@Home system

- Discuss quantities and timeframes for deployment

- Submit refined cost proposal based on feedback

FLYWHEEL0012440