**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PELOTON INTERATIVE, INC. | § | |
| | § | |
| v. | § | Case No. 2:18-CV-0390-RWS-RSP |
| | § | |
| FLYWHEEL SPORTS, INC. | § | |

**Markman and Motions Hearing
MAG. JUDGE ROY PAYNE PRESIDING
January 3, 2020**

**OPEN:** 1:30 pm                                                              **ADJOURN:** 4:50 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Steve Feldman |
| | Christina Rayburn |
| | Melissa Smith |
| ATTORNEY FOR DEFENDANT: | Josh Budwin |
| | Rudy Fink |
| | Erik Fountain |
| | Al Suarez |
| | Jennifer Truelove |
| TECHNICAL ADVISOR: | Michael Paul |
| LAW CLERK: | Jonathan Todd |
| COURT REPORTER: | Tammy Goolsby |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Melissa Smith announced ready and introduced co-counsel.  Jennifer Truelove announced ready and introduced co-counsel.

The Court heard argument on a term by term basis.  Christina Rayburn presented argument on behalf of Plaintiff.  Josh Budwin and Erik Fountain presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.

After the afternoon break, Josh Budwin argued Defendant's Motion to Compel Conception and Inventorship Email ESI (Dkt. #129).  Steve Feldman responded for plaintiff.

Rudy Fink then argued Flywheel's Opposed Motion for Leave to Amend its Invalidity

Contentions (Dkt. #140).   Ms. Rayburn responded.

The Court then heard argument from Erik Fountain on Defendant's Motion for Protective Order to Limit Number of Depositions (Dkt. #137).   Mr. Feldman responded.

The Court took the motions under submission.

Mr. Fink then argued Defendant's Motion to Compel Production of Documents from the *VR Optics* Litigation (Dkt. #138).   Mr. Feldman responded.   The Court instructed Flywheel to file a supplement brief by January 17, 2020.