**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PELOTON INTERACTIVE, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:18-cv-00390-RWS-RSP |
| FLYWHEEL SPORTS, INC., | § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is Defendant Flywheel Sports, Inc.'s Opposed Motion for Protective Order to Limit Number of Depositions ("Motion"). Dkt. No. 137. The Court heard argument on this Motion at the hearing conducted on January 3, 2020. Dkt. No. 175.

After consideration of the arguments presented in the Motion and at the January 3rd hearing, the Court **DENIES** Flywheel's Motion, which seeks to add a further limitation concerning the number of nonparty depositions per side. The Court concludes that the 60-hour limitation on the total time for nonparty depositions is sufficient. However, the Court **ORDERS** that the parties shall be limited to taking 10 30(b)(1) depositions of party witnesses, in addition to any 30(b)(6) deposition.

**SIGNED this 8th day of January, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE