# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PELOTON INTERACTIVE, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:18-CV-00390-RWS-RSP |
| v. | § § § | |
| FLYWHEEL SPORTS, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED** this 6th day of February, 2020.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE